UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARYN HARLOS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXVID SERVICES, INC.,<br><br>Defendant. | Case No.: 24cv1621-LL-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>[ECF No. 6] |

Plaintiff Caryn Harlos, individually and on behalf of all others similarly situated, and Defendant LexVid Services, Inc., filed a Joint Motion for Extension of Time for Defendant to Respond to Plaintiff's complaint. ECF No. 6.

Good cause appearing, the Court **GRANTS** the Joint Motion. By **December 9, 2024**, Defendant must respond to the complaint.

**IT IS SO ORDERED.**

Dated:  October 4, 2024

_____
Honorable Linda Lopez
United States District Judge